**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MADELINE M. LAMBERT,**

    **Plaintiff,**

v.                                      Case No.  8:06-cv-598-T-30TBM

**CHARLES J. CRIST, JR., as Attorney
General, State of Florida, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

On March 12, 2007, the United States Court of Appeals for the Eleventh Circuit affirmed this Court's dismissal of Plaintiff's Amended Complaint.  (Dkt. 27).  Pursuant to the Court's telephone conference held on May 1, 2007, between Magistrate Judge Thomas B. McCoun, III, and counsel of record in this case, it has been determined that there are no pending matters before the Court and this case should now be closed.  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 15, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2006\06-cv-598.dismissal 28.wpd